IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROY LEE MCATEER, #147346,           )
                                                            )
            Plaintiff,                             )
                                                            )
      v.                                               )            CIVIL ACTION NO. 2;11cv285-TMH
                                                            )
ELIZABETH PLAINER, et al.,              )
                                                            )
            Defendants.                        )

**ORDER AND OPINION**

On May 3,2 011, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. # 5).  Upon an independent review of the file in

this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED and that this case is DISMISSED with prejudice pursuant to the

directives of 28 U.S.C. § 1915(3)(2)(B)(I) as the plaintiff failed to file the complaint within

the time prescribed by the applicable two-year period of limitation.

Done this the 13th day of June,  2011.


                              /s/ Truman M. Hobbs


                              _____
                              SENIOR UNITED STATES DISTRICT JUDGE